**FILED**

Feb 16 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ RC        DEPUTY

SE~~X~~LED

ORDERED UNSEALED on 02/23/2024   s/ melindajw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '24 CR0276 BAS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 875(c) – Interstate Threatening Communication |
| WILLIAM MICHAEL HYDE, | |
| Defendant. | |

The grand jury charges:

At all relevant times:

1.    Defendant WILLIAM MICHAEL HYDE (HYDE) lived in San Diego, California.

2.    VICTIM-1 was an election official who worked at the Maricopa County Recorder's Office in Phoenix, Arizona.

3.    Among other duties, the Maricopa County Recorder's Office is responsible for maintaining voter files for registered voters in Maricopa County, Arizona.

4.    The Maricopa County Board of Supervisors, Maricopa County Elections Department, and Maricopa County Recorder's Office administer state, federal, and other elections in Maricopa County, Arizona.

CSA:nlv:San Diego:2/15/24

5.   On or about November 8, 2022, Arizona held general elections for federal and state officeholders, and several of these elections received nationwide media coverage.

6.   On or about November 28, 2022, the Maricopa County Board of Supervisors held a Special Meeting and certified the 2022 general election results in Maricopa County, Arizona.

7.   VICTIM-1 was present at the Special Meeting, which received nationwide media coverage.

8.   On or about November 29, 2022, HYDE stated the following in a voicemail message he left on the personal cellular telephone of VICTIM-1: "Run, motherfucker."

9.   On or about November 29, 2022, approximately one minute after the above-described message, HYDE stated the following in a voicemail message he left on the personal cellular telephone of VICTIM-1: "You wanna cheat our elections? You wanna screw Americans out of true votes? We're coming, motherfucker. You'd better fucking hide."

Count 1

On or about November 29, 2022, within the Southern District of California, and elsewhere, defendant WILLIAM MICHAEL HYDE, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, VICTIM-1, by stating the following in a voicemail message he left on the personal cellular telephone of VICTIM-1: "You wanna cheat our elections? You wanna screw Americans out of true votes? We're coming,

//

//

2

motherfucker. You'd better fucking hide;" in violation of Title 18,
United States Code, Section 875(c).

DATED: February 16, 2024.

A TRUE BILL:



TARA K. MCGRATH
United States Attorney

By: C. SETH ASKINS
Assistant U.S. Attorney

By: Tanya Senanayake
TANYA SENANAYAKE
Trial Attorney
Counterterrorism Section
U.S. Department of Justice