# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

~~SEALED~~

ORDERED UNSEALED on 02/23/2024   s/ melindajw

FILED
MAR 04 2024
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

William Michael Hyde

## WARRANT FOR ARREST

13139-Sd6

Case Number: 24-cr-0276-BAS

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___William Michael Hyde___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:375(c) - Interstate Threatening Communication

DATE: 02/22/2024
ARRESTED BY: FBI

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

24 FEB 16 PM 1:42
RECEIVED
MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ R. Contreras | 2/16/2024, San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Allison H. Goddard___
                                          Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |