# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-cr-00276-BAS |
|---|---|
| Plaintiff, | Attachment A |
| v. | |
| WILLIAM MICHAEL HYDE, | |
| Defendant. | |

| SOURCE | BATES NUMBERS |
|---|---|
| AT&T | WHYDE-DR01-000380 to 000413 |
| AT&T | WYDE-DR01-000429 to 000677 |
| AT&T | WH-GJ-444-ATT-000011 to 001533 |
| AT&T | WH-GJ-208-ATT-000003 |
| AT&T | WHYDE-DR-03-000131 to 000213 |
| Google | WH-GJ-509-GOOGLE-000005 to 000034 |
| Experian | WH-GJ-270-EXPERIAN-000002 to 000009 |
| Experian | WH-GJ-270-EXPERIAN-000014 to 000027 |
| Equifax | WH-GJ-268-EQUIFAX-000002 to 000019 |
| TransUnion | WH-GJ-269-TRANSUNION-000002 to 000015 |
| Apple | WHYDE-DR-03-000025 to 000026 |
| Apple | WH-GJ-478-APPLE-000014 to 000015 |