TARA K. MCGRATH
United States Attorney
C. SETH ASKINS
California Bar No. 235190
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6692
Email: seth.askins@usdoj.gov
TANYA SENANAYAKE
D.C. Bar No. 1006218
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, Suite 7600
Washington, DC 20530
Telephone: (202) 514-0849
Email: tanya.senanayake3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR0276-BAS |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INDICTMENT AND EXONERATE BOND** |
| v. | |
| WILLIAM MICHAEL HYDE, | |
| Defendant. | |

The UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and C. Seth Askins, Assistant United States Attorney, and U.S. Department of Justice Trial Attorney Tanya Senanayake, pursuant to Fed. R. of Crim. P. 48(a), hereby seeks leave to dismiss, and moves the Court for an order dismissing, the Indictment (ECF No. 1) in this case. In support, the United States represents as follows:

1. Defendant William Michael Hyde ("Defendant") was indicted on February 16, 2024, for making an interstate threatening communication to VICTIM-1, in violation of 18 U.S.C. § 875(c);

2. Defendant was arrested on February 22, 2024, made his initial appearance the following day, and was released on a $50,000 personal appearance bond secured by the signatures of two financially responsible (one related) adults and a $5,000 deposit on February 27, 2024;

3. A jury trial was scheduled for September 10, 2024, but on August 12, 2024, it was continued by request of Defendant to October 1, 2024, over the objection of the United States;

4. Thereafter, Defendant retained new counsel on September 13, 2024, who requested a second continuance of the trial date, which was granted over the objection of the United States, and trial was reset to December 10, 2024;

5. On November 14, 2024, the United States became aware of issues with a necessary and critical witness that it believes make it unlikely to obtain a conviction at trial;

6. Therefore, the United States submits that the interests of justice favor immediate dismissal of the case.

//
//
//
//
//
//
//
//
//

WHEREFORE, based on the foregoing, the United States seeks leave of this Court under Fed. R. Crim. P. 48(a) and respectfully requests that the Indictment be dismissed without prejudice and Defendant's bond be exonerated. Counsel for Defendant consents to this request.

DATED: November 15, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*/s/ C. Seth Askins*
C. SETH ASKINS
Assistant United States Attorney

*/s/ Tanya Senanayake*
TANYA SENANAYAKE
Trial Attorney
National Security Division
U.S. Department of Justice